AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP - 2 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jonnathan Javier Bustillo-Chacon

**CRIMINAL COMPLAINT**

Case Number: M-16-1627-M

IAE    YOB:  1992
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 31, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jonnathan Javier Bustillo-Chacon was encountered by Border Patrol Agents near Hidalgo, Texas on August 31, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 30, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 6, 2013, through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 19, 2011, the defendant was convicted of Conspiracy Armed Robbery Business/Person and sentenced to twenty-five (25) to thirty-nine (39) months confinement along with thirty-six (36) months probation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by

Sworn to before me and subscribed in my presence,
**September 2, 2016**

**Signature of Complainant**
Julio C. Pena         Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer